**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

John Andrew Fisher, Jr.
Lisa Ann Fisher
    **Debtor(s)**

**Chapter** 13

**Case No.** 1:18-BK-03117-HWV

**Matter:** Chapter 13 Plan

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, August 21, 2018, pursuant to Rule 7004 of the US Bankruptcy Code, I have served a true and correct copy of the Chapter 13 Plan via USPS First Class Certified Mail to the following:

> PSECU Corporate Headquarters
> Attn: Greg Smith, CEO
> 1500 Elmerton Avenue
> Harrisburg, PA 17110

Dated: August 21, 2018

/s/ Kathryn S. Greene
_____
Kathryn S. Greene, Paralegal for
Paul D. Murphy-Ahles, Esquire