```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-03117-HWV
John Andrew Fisher, Jr                                              Chapter 13
Lisa Ann Fisher
        Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman              Page 1 of 1          Date Rcvd: Aug 22, 2018
                              Form ID: pdf010              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.
          County of York, Pennsylvania,   Attn: Payroll Administrator,   28 East Market Street, Room 232,
           York, PA 17401-1596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:
       Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
       James   Warmbrodt   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
       Paul Donald Murphy-Ahles   on behalf of Debtor 1 John Andrew  Fisher, Jr pmurphy@dplglaw.com, kgreene@dplglaw.com
       Paul Donald Murphy-Ahles   on behalf of Debtor 2 Lisa Ann  Fisher pmurphy@dplglaw.com, kgreene@dplglaw.com
       United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

John Andrew Fisher, Jr.
Lisa Ann Fisher
          **Debtor(s)**

**Chapter** 13

**Case No.** 1:18-BK-03117-HWV

**Matter:** Motion for Wage Attachment Order

## ORDER

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS HEREBY ORDERED that until further Order of this Court, the entity from who the Debtor 1, John Andrew Fisher, Jr., receives income from:

> County of York, Pennsylvania
> Attn: Payroll Administrator
> 28 East Market Street, Room 232
> York, PA 17401-1596

Should deduct from said Debtor 1's income the sum of **$243.70** from each **bi-weekly** paycheck, or such other sums as Debtor 1 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 1 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 1, and to remit the deductible sums to:

> Charles J. DeHart, III, Esquire
> Standing Chapter 13 Trustee
> PO Box 7005
> Lancaster, PA 17604

IT IS FURTHER ORDERED that the entity from whom the Debtor 1 receives income shall notify the Trustee if said Debtor 1's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor 1 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 1 in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

Dated: August 21, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)