```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-03117-HWV
John Andrew Fisher, Jr                                              Chapter 13
Lisa Ann Fisher
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: JGoodling            Page 1 of 2            Date Rcvd: Sep 11, 2018
                              Form ID: ntcnfhrg          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
db/jdb         +John Andrew Fisher, Jr,    Lisa Ann Fisher,    60 Devonshire Court,    Mount Wolf, PA 17347-9558
5088809        +American Express,    PO Box 297871,   Fort Lauderdale, FL 33329-7871
5088812        +CBNA / Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
5088813        +CBNA / Sears,    PO Box 6283,   Sioux Falls, SD 57117-6283
5088814        +Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
5088815        +Credit First, NA,    PO Box 81315,   Cleveland, OH 44181-0315
5088824        +TD Bank USA / Target Card,    PO Box 673,   Minneapolis, MN 55440-0673
5088817       ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:   Elan Financial Service,    PO Box 108,    Saint Louis, MO 63166)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 11 2018 19:09:58
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
5088810         E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 11 2018 19:03:27     American Honda Finance,
                 Attn: Bankruptcy Department,    PO Box 168088,   Irving, TX 75016
5095177         E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 11 2018 19:03:27
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
5091395        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 11 2018 19:09:41
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5088811         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2018 19:10:16
                 Capital One Bank USA, NA,    PO Box 30285,   Salt Lake City, UT 84130-0285
5092050         E-mail/Text: mrdiscen@discover.com Sep 11 2018 19:02:54     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
5088816         E-mail/Text: mrdiscen@discover.com Sep 11 2018 19:02:54     Discover Financial Services, LLC,
                 PO Box 3025,    New Albany, OH 43054-3025
5088818        +E-mail/Text: bknotice@ercbpo.com Sep 11 2018 19:03:25     Enhanced Recovery Company, LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
5088819        +E-mail/Text: cio.bncmail@irs.gov Sep 11 2018 19:03:05     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
5089186        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2018 19:09:59
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5097984        +E-mail/Text: bankruptcynotices@psecu.com Sep 11 2018 19:03:36     PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
5088821        +E-mail/Text: bankruptcynotices@psecu.com Sep 11 2018 19:03:36     PSECU,    1500 Elmerton Avenue,
                 PO Box 67013,    Harrisburg, PA 17106-7013
5088820        +E-mail/Text: bankruptcy@loanpacific.com Sep 11 2018 19:03:39     Pacific Union Financial,
                 1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
5088822         E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2018 19:09:40     Synchrony Bank / JCPenney,
                 Attn: Bankruptcy Department,    PO Box965064,   Orlando, FL 32896-5064
5088823         E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2018 19:09:41     Synchrony Bank / Lowe's,
                 Attn: Bankruptcy Department,    PO Box 965061,   Orlando, FL 32896-5061
                                                                                             TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                           Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
            Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
            James   Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
            Paul Donald Murphy-Ahles    on behalf of Debtor 1 John Andrew  Fisher, Jr pmurphy@dplglaw.com,
             kgreene@dplglaw.com
            Paul Donald Murphy-Ahles    on behalf of Debtor 2 Lisa Ann  Fisher pmurphy@dplglaw.com,
             kgreene@dplglaw.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA ||
| In re: <br><br> John Andrew Fisher Jr, <br><br>     **Debtor 1** <br><br> Lisa Ann Fisher, <br><br>     **Debtor 2** | Chapter     13 <br><br> Case No.     1:18–bk–03117–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 17, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Ronald Reagan Federal Building, <br> Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, <br> Harrisburg, PA 17101 | Date: October 24, 2018 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: JGoodling, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 11, 2018 |

ntcnfhrg (03/18)