United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
John Andrew Fisher, Jr  
Lisa Ann Fisher  
    Debtors

Case No. 18-03117-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 26, 2023      Form ID: 3180W      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Andrew Fisher, Jr, Lisa Ann Fisher, 60 Devonshire Court, Mount Wolf, PA 17347-9558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 26 2023 22:43:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5088810 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 26 2023 18:43:00 | American Honda Finance, Attn: Bankruptcy Department, PO Box 168088, Irving, TX 75016 |
| 5095177 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 26 2023 18:43:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5110834 | + | EDI: CINGMIDLAND.COM | Oct 26 2023 22:43:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5088809 | + | Email/PDF: bncnotices@becket-lee.com | Oct 26 2023 18:58:55 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5108217 | | Email/PDF: bncnotices@becket-lee.com | Oct 26 2023 18:58:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5088812 | + | EDI: CITICORP.COM | Oct 26 2023 22:43:00 | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 5088813 | + | EDI: CITICORP.COM | Oct 26 2023 22:43:00 | CBNA / Sears, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 5091395 | + | EDI: AISACG.COM | Oct 26 2023 22:43:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5110877 | | EDI: CAPITALONE.COM | Oct 26 2023 22:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5088811 | | EDI: CAPITALONE.COM | Oct 26 2023 22:43:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5088814 | + | EDI: CITICORP.COM | Oct 26 2023 22:43:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5116564 | + | EDI: CITICORP.COM | Oct 26 2023 22:43:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5109796 | | EDI: CRFRSTNA.COM | Oct 26 2023 22:43:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 5088815 | + | EDI: CRFRSTNA.COM | Oct 26 2023 22:43:00 | Credit First, NA, PO Box 81315, Cleveland, OH |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 44181-0315 |
| 5092050 | | EDI: DISCOVER.COM | Oct 26 2023 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5088816 | | EDI: DISCOVER.COM | Oct 26 2023 22:43:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5088818 | + | Email/Text: bknotice@ercbpo.com | Oct 26 2023 18:43:00 | Enhanced Recovery Company, LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 5088819 | + | EDI: IRS.COM | Oct 26 2023 22:43:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5115027 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2023 18:47:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5315467 | + | EDI: AISMIDFIRST | Oct 26 2023 22:43:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5315466 | + | EDI: AISMIDFIRST | Oct 26 2023 22:43:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5183064 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 26 2023 18:42:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5183063 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 26 2023 18:42:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5116368 | | EDI: PRA.COM | Oct 26 2023 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5089186 | + | EDI: RECOVERYCORP.COM | Oct 26 2023 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5097984 | + | Email/Text: bankruptcynotices@psecu.com | Oct 26 2023 18:43:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5088821 | + | Email/Text: bankruptcynotices@psecu.com | Oct 26 2023 18:43:00 | PSECU, 1500 Elmerton Avenue, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5088820 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 26 2023 18:42:00 | Pacific Union Financial, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 5088822 | | EDI: RMSC.COM | Oct 26 2023 22:43:00 | Synchrony Bank / JCPenney, Attn: Bankruptcy Department, PO Box965064, Orlando, FL 32896-5064 |
| 5088823 | | EDI: RMSC.COM | Oct 26 2023 22:43:00 | Synchrony Bank / Lowe's, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 5088824 | + | EDI: WTRRNBANK.COM | Oct 26 2023 22:43:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5105699 | + | EDI: CBSTDR | Oct 26 2023 22:43:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 5088817 | | EDI: USBANKARS.COM | Oct 26 2023 22:43:00 | Elan Financial Service, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5115369 | *+ | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Pacific Union Financial LLC bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 John Andrew Fisher Jr pmurphy@dplglaw.com, kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Lisa Ann Fisher pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | John Andrew Fisher Jr <br> First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–4408 <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Lisa Ann Fisher <br> First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–5335 <br> EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–03117–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Andrew Fisher Jr                Lisa Ann Fisher

**By the court:**   *[signature]*

10/26/23

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2